UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

04 11584 PBS

| | |
|---|---|
| SOUTHWESTERN BELL MOBILE SYSTEMS LLC<br><br>    Plaintiff<br><br>v.<br><br>CHRISTOPHER P. KUHN,<br><br>    Defendant | |

### PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3, the Plaintiff hereby submits its corporate disclosure statement:

Plaintiff, Southwestern Bell Mobile Systems LLC ("SBMS") is a limited liability company organized under the laws of the state of Delaware. SBMS is a wholly owned subsidiary of SBC Wireless LLC. SBC Wireless LLC is a wholly owned subsidiary of Cingular Wireless LLC. SBC Communications Inc. indirectly owns approximately 60% of the interest in Cingular Wireless LLC. BellSouth Corporation indirectly owns approximately 40% of the interest in Cingular Wireless LLC.

                                      Respectfully submitted,
                                      Southwestern Bell Mobile Systems LLC
                                      By its attorneys.

                                      Jonathan Sablone, BBO #632998
                                      Juan A. Concepcion, BBO #658908
                                      NIXON PEABODY LLP
                                      100 Summer Street
                                      Boston, MA 02110-2131
                                      (617) 345-1000

Dated: July 15, 2004

BOS1399631.1