‰AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __Massachusetts__

FILED
2004 JUL 23 P 12:50

Southwestern Bell Mobile Systems LLC

V.

Christopher P. Kuhn

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: **04 11584 PBS**

TO: (Name and address of Defendant)
Christopher P. Kuhn
578 Huchens Neck Road
Centerville, MA

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jonathan Sablone, Nixon Peabody LLP, 100 Summer Street, Boston, MA  02110
(617) 345-1000

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(By) DEPUTY CLERK

DATE  JUL 15 2004

72238

I hereby certify and return that today, July 20, 2004, at 7:30 PM, I served a true and attested copy of the within Summons together with a copy of the complaint in this action upon the within named Christopher P. Kuhn, by leaving said copies at 578 Huckins Neck Road, Centerville, MA *his/her* last and usual abode. Furthermore, later this same day I mailed (first class postage prepaid) additional true and attested copies to the within named Christopher P. Kuhn, at 578 Huckins Neck Road, Centerville, MA.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on July 20, 2004.

_____
Stephen B. Minkofsky, Constable
& Disinterested Person over Age 18.

Service & Travel: $175.00

**Butler and Witten**
Boston, MA
(617) 325-6455

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                      *Signature of Server*

              _____
              *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.