UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SOUTHWESTERN BELL )<br>MOBILE SYSTEMS, LLC, )<br>    Plaintiff )<br>    Counterclaim Defendant )<br>v. )<br> )<br>CHRISTOPHER P. KUHN, )<br>    Defendant )<br>    Counterclaim Plaintiff ) | Rule 7.1(2) Certification |

    I, Gerald S. Garnick, hereby certify that in good faith I have conferred with and otherwise communicated with counsel for the plaintiff, Attorney Jonathan Sablone, for the purpose of resolving or narrowing the issues addressed in the Motion to Accept Checks Without Prejudice but that we were unable to reach an agreement regarding the issues addressed therein.

                              The defendant / counterclaim plaintiff
                              By his attorney

                              Gerald S. Garnick, BBO# 185920
                              Garnick & Scudder, P.C.
                              32 Main Street
                              Hyannis MA 02601
Date August 19, 2004             508-771-2320

**CERTIFICATE OF SERVICE:** I, Lois M. Farmer, hereby certify that I have served a true copy of the foregoing documents on all parties/counsel of record by forwarding the documents, first class mail postage prepaid, on 8/19/04.

                              Lois M. Farmer, BBO# 552142