UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SOUTHWESTERN BELL MOBILE SYSTEMS
LLC

        Plaintiff

v.

CHRISTOPHER P. KUHN,

        Defendant

Civil Action No.:  04CV11584 PBS

## ASSENTED-TO MOTION TO EXTEND THE TIME TO OPPOSE DEFENDANT'S MOTION TO ACCEPT PAYMENTS WITHOUT PREJUDICE

The Defendant, Christopher P. Kuhn, has filed a Motion to Accept Payments without Prejudice with this Court.  The Plaintiff's, Southwestern Bell Mobile Systems LLC ("SBMS"), Opposition to the Motion is due to be filed on September 7, 2004.  SBMS, with the assent of Mr. Kuhn, hereby requests an additional two weeks to file its Opposition to the Motion.

As grounds for this request, SBMS states that the parties are engaged in a dialogue in an effort to resolve the issues underlying the Defendant's Motion, and seek to avoid the potentially unnecessary expenditure of time and resources on this issue by both the parties and the Court.

WHEREFORE, SBMS, with the assent of Mr. Kuhn, hereby requests that this Court:

A)     Grant its Motion to Extend the Deadline for Filing its Opposition to the Defendants Motion to accept payments without prejudice through and including September 21, 2004; and

B)      Grant such other and further relief as this Court deems just and appropriate.

                                        Respectfully submitted,

                                        Southwestern Bell Mobile Systems LLC

                                        By its attorneys,


                                        /s/ Jonathan Sablone
                                        Jonathan Sablone, BBO #632998
                                        Juan A. Concepcion, BBO #658908
                                        NIXON PEABODY LLP
                                        100 Summer Street
                                        Boston, MA  02110-2131
                                        (617) 345-1000

Assented-To:


/s/ Gerald S. Garnick
Gerald S. Garnick, BBO #185920
Lisa M. Farmer, BBO# 552142
Alex M. Rodolakis, BBO# 567781
Garnick & Scudder, P.C.
32 Main Street
Hyannis, MA  02601
(508) 771-2320



Dated:  August 31, 2004


## CERTIFICATE OF SERVICE

        I hereby certify that a true copy of the above document has been furnished to Gerald S.
Garnick, Esq., Garnick & Scudder, P.C., 32 Main Street, Hyannis, MA  02601, via first class
mail on August 31, 2004.

                        /s/ Juan A. Concepcion
                        Juan A. Concepcion