# Garnick & Scudder, P.C.

ATTORNEYS AT LAW
32 MAIN STREET
HYANNIS, MASSACHUSETTS 02601
(508) 771 - 2320
FAX: (508) 771 - 3304

GERALD S. GARNICK
JOYCE W. SCUDDER

LOIS M. FARMER
PAUL J. ATTEA

ALEX M. RODOLAKIS
Of Counsel

September 10, 2004

U.S. District Court
Office of the Clerk
Unites States Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Re:  Southwestern Bell Mobile Systems, LLC v. Christopher Kuhn
     Our File No. 17059
     Docket No. 04-11584-PBS

Dear Mr. Anastas:

Please note the new mailing address for Garnick & Scudder, P.C.

Thank you for your courtesy and cooperation in this matter.

Very truly yours,
GARNICK & SCUDDER, P.C.

Gerald S. Garnick
GSG:pr

Enclosure