## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **SOUTHWESTERN BELL MOBILE SYSTEMS, LLC,** **Plaintiff** **Counterclaim Defendant** | ) ) ) ) ) | **C.A. No.: 04-CV-11584-PBS** |
| **v.** | ) ) | **JOINT SCHEDULING STATEMENT** |
| **CHRISTOPHER P. KUHN,** **Defendant** **Counterclaim Plaintiff** | ) ) ) ) | |

The plaintiff/ counterclaim defendant Southwestern Bell Mobile Systems, LLC and the defendant / counterclaim plaintiff Christopher P. Kuhn hereby submit this statement as a proposed schedule pursuant to the directives contained in Local Rule 16.1.

| Stage of Litigation | Deadline |
|---|---|
| Rule 26 exchange of documents and initial disclosures | November 12, 2004 |
| All depositions and fact discovery completed. | May 6, 2005 |
| All motions under Fed. R. Civ. P. 56 filed | June 10, 2005 |
| Oppositions under Fed. R. Civ. P. 56 | 4 weeks from date of motion |
| Expert disclosure and discovery | the later of July 15, 2005 or 4 weeks after summary judgment decision |
| Final pre-trial conference held or hearing on motion for summary judgment | as set by the Court |

Trial date                                    as set by the Court

The parties shall separately submit their certifications required pursuant to LR 16.1(d)(3).

*Respectfully submitted this 15th day of September, 20 04:*

The Tenant                                    The Landlord
Southwestern Bell Mobile Systems, LLC         By his attorney
By its counsel


*Jonathan Sablone (Lmf)*                       *Lois M. Farmer*
Jonathan Sablone, BBO# 632998                 Gerald S. Garnick, BBO# 185920
Juan A. Concepcion, BBO# 658908               Lois M. Farmer, BBO# 552142
NIXON PEABODY LLP                             Garnick & Scudder, P.C.
100 Summer Street                             32 Main Street
Boston MA 02110-2131                          Hyannis MA 02601
617-345-1000                                  508-771-2320


**CERTIFICATE OF SERVICE**:  I, Lois M. Farmer, hereby certify that I have served a true copy of the foregoing documents on all parties/counsel of record by forwarding the documents, first class mail postage prepaid, on _____.

*Lois M. Farmer*
Lois M. Farmer, BBO# 552142