UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SOUTHWESTERN BELL ) <br> MOBILE SYSTEMS, LLC, ) <br>    Plaintiff ) <br>    Counterclaim Defendant ) <br> v. ) <br> ) <br> CHRISTOPHER P. KUHN, ) <br>    Defendant ) <br>    Counterclaim Plaintiff ) <br> _____) | C.A. No.: 04-CV-11584-PBS <br><br> CERTIFICATE PURSUANT TO <br> LOCAL RULE 16.1(D)(3) |

Pursuant to Local Rule 16.1(d)(3), the undersigned certify that they have conferred (a) to establish a budget for conducting the full course - and various alternative courses - of this litigation; and (b) to consider resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

The Defendant / Counterclaim Plaintiff

_____
Christopher P. Kuhn

Dated: 9/17/04

The Defendant / Counterclaim Plaintiff
By its counsel

_____
Gerald S. Garnick, BBO# 185920
Lois M. Farmer, BBO# 552142
GARNICK & SCUDDER, P.C.
32 Main Street
Hyannis, MA 02601
(508) 771-2320

**CERTIFICATE OF SERVICE**: I, Lois M. Farmer, hereby certify that I have served a true copy of the foregoing documents on all parties/counsel of record by forwarding the documents, first class mail postage prepaid, on 9/17/04.

_____
Lois M. Farmer, BBO# 552142