# Garnick & Scudder, P.C.

### ATTORNEYS AT LAW

GERALD S. GARNICK
JOYCE W. SCUDDER

32 MAIN STREET
HYANNIS, MASSACHUSETTS 02601
(508) 771 - 2320
FAX: (508) 771 - 3304

LOIS M. FARMER
PAUL J. ATTEA

ALEX M. RODOLAKIS
Of Counsel

September 20, 2004

U.S. District Court
Office of the Clerk
Unites States Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Re:    Southwestern Bell Mobile Systems, LLC v. Christopher Kuhn
       Our File No. 17059
       Docket No. 04-11584-PBS

Dear Mr. Anastas:

With regard to the above-captioned matter, please be advised that as a result of receiving a Stipulation between the parties which has been submitted to the Court under separate cover, I am hereby withdrawing the current pending motion concerning acceptance of payments.

Thank you for your courtesy and cooperation in this matter.

Very truly yours,
GARNICK & SCUDDER, P.C.

Gerald S. Garnick
GSG:pr

cc:    Jonathan Sablone, Esq.
       Christopher P. Kuhn