UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 SEP 29  P 4: 55

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| SOUTHWESTERN BELL MOBILE SYSTEMS LLC<br><br>Plaintiff, Defendant in Counterclaim<br><br>v.<br><br>CHRISTOPHER P. KUHN,<br><br>Defendant, Plaintiff in Counterclaim | Civil Action No.: 04CV11584 PBS |

## Plaintiff's Local Rule 16.1 Certification

Pursuant to Local Rule 16.1(D)(3), the plaintiff, and counsel, hereby certify that they have conferred with respect to the above matter:

(a) with a view to establish a budget for the costs of conducting the full course, and various alternative courses, of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs.

Southwestern Bell Mobile Systems LLC

_____
Michael E. Cross, Litigation Counsel


_____
Jonathan Sablone, BBO #632998
Juán A. Concepción, BBO #658908
NIXON PEABODY LLP
100 Summer Street
Boston, MA  02110-2131
(617) 345-1000

Dated: September 29, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document has been furnished to Gerald S. Garnick, Esq., Garnick & Scudder, P.C., 32 Main Street, Hyannis, MA 02601, via first class mail on September 29, 2004.

Jonathan Sablone

BOS1422193.1