UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Southwestern Bell Mobile Systems LLC
Plaintiff,

     V.          Civil Action Number
                  04-11584-PBS

Christopher P. Kuhn
Defendant.             October 7, 2004

## SCHEDULING ORDER

Saris, D.J.,

Fact Discovery deadline: 5/6/05

Summary Judgment Motion filing deadline: 6/10/05

Opposition to Summary Judgment Motions: 7/10/05

Hearing on Summary Judgment or Pretrial Conference: 7/19/05 at 2:00 p.m.

Case to be referred to Mediation program: December, 2004 / January, 2005

                 By the Court,

                 /s/ Robert C. Alba
                 Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Southwestern Bell Mobile Systems LLC
Plaintiff,

V.

Civil Action Number
04-11584-PBS

Christopher P. Kuhn
Defendant.

October 7, 2004

## SCHEDULING ORDER

Saris, D.J.,

Fact Discovery deadline: 5/6/05

Summary Judgment Motion filing deadline: 6/10/05

Opposition to Summary Judgment Motions: 7/10/05

Hearing on Summary Judgment or Pretrial Conference: 7/19/05 at 2:00 p.m.

Case to be referred to Mediation program: December, 2004 / January, 2005

By the Court,

/s/ Robert C. Alba
Deputy Clerk