# Garnick & Scudder, P.C.

ATTORNEYS AT LAW
32 MAIN STREET
HYANNIS, MASSACHUSETTS 02601
(508) 771 - 2320
FAX: (508) 771 - 3304

GERALD S. GARNICK
JOYCE W. SCUDDER

LOIS M. FARMER
PAUL J. ATTEA

ALEX M. RODOLAKIS
Of Counsel

## NOTICE OF TERMINATION OF LEASE, DEMAND FOR SURRENDER OF POSSESSION AND PERSONAL PROPERTY

June 23, 2004

BY CERTIFIED MAIL RETURN RECEIPT REQUESTED 7003 1680 0004 5455 5098
AND FIRST CLASS MAIL

Cingular Wireless
Attn: Lease Administration
6100 Atlantic Boulevard
Mail Code: GAN02
Norcross, GA 30071

  Re: Lease Agreement ("Lease") dated March 8, 1996 for real property located at Thomas Landers Road, West Falmouth, MA ("Premises")

Dear Sir or Madam:

  This office represents Christopher P. Kuhn ("Landlord") with respect to Lease for the Premises to Cingular Wireless ("Cingular").

  Please be advised that the Lease for the Premises is terminated pursuant to the terms of the Lease for non-payment, after demand and opportunity to cure as provided under the Lease.

  Please take further notice that, pursuant to Paragraph 13 of the Lease, the Landlord exercises his option to elect the equipment, building, tower, tower foundation, generator, security fence and power meter (collectively, the "Equipment") to become property of the Landlord.

  Please contact this office to arrange for surrender of the Premises, payment of all amounts due to the Landlord under the Lease and delivery of such documents as necessary to transfer title to the Equipment to the Landlord. Please be advised that absent delivery of the foregoing on or before July 13, 2004, the Landlord shall take further actions as necessary including, but not limited to commencement of judicial proceedings against Cingular.

  Please note that any money paid to the Landlord after the date of this Notice is accepted (1) for use and occupancy purposes only and not as payments pursuant to the Lease, (2) without waiving any of my rights to reacquire possession of the Premises and (3) without any intention of reinstating the Lease.

The Landlord expressly reserves all of his rights under the Lease and applicable law.

> CHRISTOPHER P. KUHN
> BY HIS ATTORNEYS,
> GARNICK & SCUDDER, P.C.
>
> _____
> Gerald S. Garnick

cc:   Christopher P. Kuhn