# Garnick & Scudder, P.C.

ATTORNEYS AT LAW
32 MAIN STREET
HYANNIS, MASSACHUSETTS 02601
(508) 771 - 2320
FAX: (508) 771 - 3304

GERALD S. GARNICK
JOYCE W. SCUDDER

LOIS M. FARMER
PAUL J. ATTEA

ALEX M. RODOLAKIS
Of Counsel

**NOTICE OF TERMINATION OF LEASE, DEMAND FOR SURRENDER OF POSSESSION AND** [partially obscured]

June 23, 2004

BY CERTIFIED MAIL RETURN RECEIPT REQUESTED
AND FIRST CLASS MAIL

Cingular Wireless
Attn: Legal/Real Estate
5565 Glenn Ridge Connector, #1700
Atlanta, GA 30342

Re: Lease Agreement ("Lease") [obscured] at
Thomas Landers Road, West [obscured]

Dear Sir or Madam:

This office represents Christopher P. Kuhn ("Landlord") with respect to Lease for the Premises to Cingular Wireless ("Cingular").

Please be advised that the Lease for the Premises is terminated pursuant to the terms of the Lease for non-payment, after demand and opportunity to cure as provided under the Lease.

Please take further notice that, pursuant to Paragraph 13 of the Lease, the Landlord exercises his option to elect the equipment, building, tower, tower foundation, generator, security fence and power meter (collectively, the "Equipment") to become property of the Landlord.

Please contact this office to arrange for surrender of the Premises, payment of all amounts due to the Landlord under the Lease and delivery of such documents as necessary to transfer title to the Equipment to the Landlord. Please be advised that absent delivery of the foregoing on or before July 13, 2004, the Landlord shall take further actions as necessary including, but not limited to commencement of judicial proceedings against Cingular.

Please note that any money paid to the Landlord after the date of this Notice is accepted (1) for use and occupancy purposes only and not as payments pursuant to the Lease, (2) without waiving any of my rights to reacquire possession of the Premises and (3) without any intention of reinstating the Lease.

C-1

The Landlord expressly reserves all of his rights under the Lease and applicable law.

CHRISTOPHER P. KUHN
BY HIS ATTORNEYS,
GARNICK & SCUDDER, P.C.

Gerald S. Garnick

cc:   Christopher P. Kuhn

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature] ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) D. MURPHY  C. Date of Delivery 6/28/04<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>[JUN 29 2004 ATLANTA GA 30342 USPS postmark] |
| 1. Article Addressed to:<br>Cingular Wireless<br>Attn: Legal/Real Estate<br>5565 Glenn Ridge<br>Connector, #1700<br>Atlanta, GA 30342 | 3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7003 1680 0004 5456 6896 |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540