# ✕ cingular
### fits you best™

<u>BY CERTIFIED MAIL RETURN RECIEPT REQUESTED &</u>
<u>FACSIMILE (508) 771-3304</u>

July 1, 2004

Christopher P. Kuhn
P.O. Box 1119
Hyannis, MA 02601

Gerald S. Garnick, Esq.
Garnick & Scudder, P.C.
32 Main Street
Hyannis, MA 02601

Re:   Notice of Termination of Lease between Christopher Kuhn (Lessor) and Southwestern Bell Mobile Systems LLC, d/b/a Cingular Wireless [f/k/a CellularOne] (Lessee)

Locus: Thomas Landers Rd, West Falmouth, MA

Dear Mr. Kuhn and Mr. Garnick:

We are in receipt of your letter dated June 23, 2004 regarding a Notice of Termination of Lease for the above referenced facility due to a default in rental payments. Attached herewith please find a check in the amount sufficient to cure the outstanding rent and includes the current rent for the month of July, 2004. We regret to inform you that the checks have been returned due an incorrect address. Thank you for clarifying the right addresses for Mr. Kuhn and we are confident that the future payments will be sent to the right address. Please accept our apologies for any inconveniences this may have caused. If you have any questions or feel there is still an outstanding default, please contact our office.

As a precaution, please be advised that the above site is a FCC licensed facility that provides essential public services, such as E911, and anyone who may try to disrupt its service will receive governmental legal action.

Respectfully Submitted,

*Connie Wappel*

Connie Wappel
Real Estate-Northeast Region
Cingular Wireless

---



Invoice Overview (OU - Cinc...)

| Field | Value |
|---|---|
| Supplier | CHRISTOPHER P KUHN |
| Supplier Num | 727316 |
| Invoice Num | 100001290OT04040704 |
| Batch Name | RNT-02JUL04-JLC-01 |
| Voucher | |
| PO Number | |
| Receipt Num | |
| Type | Standard |
| Currency | USD |
| Release | |
| Site | HYANNIS 1 |
| Taxpayer ID | 145484073 |
| Date | 01-JUL-2004 |
| Amount | 20894.11 |
| Unpaid Amount | |
| Unapplied Amount | |
| Settlement Date | |
| Description | W. FALMOUTH-BKRT-APR-JULY '04 |

Invoice Status
- Paid: Yes
- Accounted: Yes
- Status: Validated
- Approval: Not Required

Scheduled Payments

| Curr | Amount | Remaining | Due Date | Held |
|---|---|---|---|---|
| USD | 20894.11 | 0.00 | 01-JUL-2004 | |

Actual Payments

| Paid By | Paid On |
|---|---|
| 8207560 - Check | 02-JUL-2004 |

[Payment Overview] [View Receipt] [View PO] [Supplier] [Invoices]



# FAX COVER SHEET

**TO:** Gerald S. Garnick

**FROM:** Pat Medina

**DATE:** 07/06/04

**RE:** Christopher P Kuhn

_____3_____ pages including cover sheet

**NOTES:**
_____
_____
_____
_____

Cingular Wireless – TPG
7730 Market Center
El Paso, Texas 79912