UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 NOV -4  P 1: 39

U.S. DISTRICT COURT
DISTRICT OF MASS.

SOUTHWESTERN BELL MOBILE SYSTEMS LLC

    Plaintiff

v.

CHRISTOPHER P. KUHN,

    Defendant

Civil Action No.: 04CV11584 PBS

## PLAINTIFF'S SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3, the Plaintiff hereby supplements its corporate disclosure statement as follows:

Plaintiff, Southwestern Bell Mobile Systems LLC ("SBMS") is a limited liability company organized under the laws of the state of Delaware. SBMS is a wholly owned subsidiary of SBC Wireless LLC. SBC Wireless LLC is a wholly owned subsidiary of Cingular Wireless II, LLC. Cingular Wireless II, LLC is a limited liability company organized under the laws of the state of Delaware. Cingular Wireless II, LLC is owned by Cingular Wireless LLC and New Cingular Wireless Services, Inc. New Cingular Wireless Services, Inc. is a corporation organized under the laws of the state of Delaware, and is wholly owned by Cingular Wireless LLC. SBC Communications Inc. indirectly owns approximately 60% of Cingular Wireless LLC. BellSouth Corporation indirectly owns approximately 40% of Cingular Wireless LLC.

Respectfully submitted,

Southwestern Bell Mobile Systems LLC

By its attorneys.

Jonathan Sablone, BBO #632998
Juan A. Concepcion, BBO #658908
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110-2131
(617) 345-1000

Dated: November 4, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document has been furnished to Gerald S. Garnick, Esq., Garnick & Scudder, P.C., 32 Main Street, Hyannis, MA 02601, via first class mail on November 4, 2004.

Jonathan Sablone

BOS1433059.1