UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SOUTHWESTERN BELL MOBILE SYSTEMS, LLC, <br>     Plaintiff <br>     Counterclaim Defendant <br> v. <br><br> CHRISTOPHER P. KUHN, <br>     Defendant <br>     Counterclaim Plaintiff | C.A. No.: 04-CV-11584-PBS <br><br> NOTICE OF DEFENDANT'S WITHDRAWAL OF PRE-TRIAL DISCLOSURE |

    The defendant, Christopher P. Kuhn, hereby withdraws the Pre-Trial Disclosures of Christopher P. Kuhn, filed electronically on November 18, 2004.

                                            The defendant / counterclaim plaintiff
                                            By his attorney

                                            /s/ Lois M. Farmer
                                            Gerald S. Garnick, BBO# 185920
                                            Lois M. Farmer, BBO# 552142
                                            Garnick & Scudder, P.C.
                                            32 Main Street
                                            Hyannis MA 02601
Date November 22, 2004                       508-771-2320

**CERTIFICATE OF SERVICE**: I, Lois M. Farmer, hereby certify that I have served a true copy of the foregoing documents on all parties/counsel of record by forwarding the documents, first class mail postage prepaid, on   11/22/04   .

                                            /s/ Lois M. Farmer
                                        Lois M. Farmer, BBO# 552142