# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

SOUTHWESTERN BELL MOBILE
SYSTEMS, LLC.,
    Plaintiff,

v.    CIVIL ACTION NO. 04-11584-PBS

CHRISTOPHER P. KUHN,
    Defendant.

## *NOTICE OF MEDIATION*

COLLINGS, U.S.M.J.

    Please take notice that a **MEDIATION** in the above-entitled case is scheduled for **10:30 A.M. on Friday, January 7, 2005**, with principals present, before the Honorable Robert B. Collings, United States Magistrate Judge at Courtroom 14, 5th floor, John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston, MA 02210.

                              ROBERT B. COLLINGS
                              United States Magistrate Judge
              By:

                            *Kathleen M. Dolan*
                            Deputy Clerk
                            617-748-9229

Date: December 13, 2004.

Notice sent to:
Messrs. Jonathan Sablone, Juan A. Concepcion, Alex M. Rodolakis, Gerald S. Garnick, Lois M. Farmer