# United States District Court
# District of Massachusetts

SOUTHWESTERN BELL MOBILE SYSTEMS, LLC.,
        Plaintiff,

v.                                  CIVIL ACTION NO. 2004-11584-PBS

CHRISTOPHER P. KUHN,
        Defendant.

## REPORT RE: REFERENCE FOR ALTERNATIVE DISPUTE RESOLUTION TO JUDGE

COLLINGS, U.S.M.J.

On January 7 2005, I held the following ADR proceeding:

\_\_\_\_\_ EARLY NEUTRAL EVALUATION    \_\_X\_\_ MEDIATION

\_\_\_\_\_ MINI-TRIAL                              \_\_\_\_\_ SUMMARY JURY TRIAL

\_\_\_\_\_ SETTLEMENT CONFERENCE

Plaintiff's and defendant's counsel, a representative of the plaintiff and the defendant were present.

[X]    The case was settled. The Clerk should issue an order requiring that closing papers be filed within forty-five (45) days.

January 7, 2005                              *Robert B. Collings*
DATE                                          ROBERT B. COLLINGS
                                                 United States Magistrate Judge

Copy to:    Judge Saris
                Amy Bressler Nee, Esquire,
                Counsel for all parties.