UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SOUTHWESTERN BELL MOBILE SYSTEMS, LLC<br>　　　Plaintiff and<br>　　　Defendant-In Counterclaim,<br><br>v.<br><br>CHRISTOPHER P. KUHN,<br>　　　Defendant and<br>　　　Plaintiff-In Counterclaim | C.A. No.: 04-CV-11584 PBS |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41(a)(1)(ii), the parties to this action hereby file this Stipulation of Dismissal with Prejudice as to all claims and counterclaims, with no costs or attorneys fees to be awarded to either party and with all rights of appeal waived.

Respectfully submitted,

| SOUTHWESTERN BELL MOBILE SYSTEMS, LLC<br>By its attorneys, | CHRISTOPHER P. KUHN<br>By its attorneys, |
|---|---|
| _____<br>Jonathan Sablone, BBO #632998<br>Juan A. Concepcion, BBO #658908<br>NIXON PEABODY LLP<br>100 Summer Street<br>Boston, MA 02110-2131<br>(617) 345-1000 | _____<br>Gerald S. Garnick, BBO #185920<br>Lois M. Farmer, BBO# 552142<br>Alex M. Rodolakis, BBO# 567781<br>Garnick & Scudder, P.C.<br>32 Main Street<br>Hyannis, MA 02601<br>(508) 771-2320 |

Dated: February 23, 2005

BOS1465609.1